denied. The motion of respondents to tax costs is also denied. *William D. Jones, Jr.* for petitioner. *L. C. Crofton* for respondents.

No. 287. SUDAMETAL SOCIEDAD ANONIMA SUD AMERICANA DE METALES Y MINERALES *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harry T. Zucker* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for the United States.

No. 312. HOLLOWAY ET AL. *v.* PURCELL, DIRECTOR OF THE DEPARTMENT OF PUBLIC WORKS, ET AL. Supreme Court of California. Certiorari denied. *Darold D. DeCoe* for petitioners.

No. 322. TRANSAMERICA CORPORATION ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM; and

No. 323. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. 9th Cir. Certiorari denied. *Samuel B. Stewart, Jr.* and *Gerhard A. Gesell* for petitioners in No. 322. *Thurman Arnold, Abe Fortas, Paul A. Porter, Milton V. Freeman* and *Luther E. Birdzell* for petitioners in No. 323. *Solicitor General Perlman* and *Robert L. Stern* for respondent. Reported below: See 184 F. 2d 311, 319, 326.

No. 332. CLAWSON & BALS, INC. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Harold T. Halfpenny* and *E. S. D. Butterfield* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *A. F. Prescott* for the United States.